UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-cr-10182-GAO |
| | ) | |
| MICHAEL ROBERT MOURA | ) | |
| | ) | |

### ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING TO ALLOW DEFENDANT TO BECOME FULLY VACCINATED BEFORE ATTENDING COURT IN PERSON

Now comes Mr. Moura with the assent of the government and moves this Honorable Court to continue the Rule 11 Hearing scheduled for April 27, 2022 approximately 30 days to allow Mr. Moura to receive the COVID-19 vaccine and its full effects before attending court in person. Due to the Court's denial of the request for a videoconference Rule 11 Hearing, Mr. Moura has decided to get vaccinated in order to avoid the Plymouth County Sheriff's Department's policy of requiring unvaccinated detainees to quarantine for two weeks after attending court in person. Dkt. 47, 49. Mr. Moura must request and receive the vaccine, and then wait two weeks before leaving the facility in order to be considered fully vaccinated so as to be exempt from the quarantine policy.

The parties have executed a plea agreement which will be provided to the Court shortly. Mr. Moura also moves, also with the assent of the government, to exclude any time until the requested Rule 11 Hearing from the calculations of the Speedy Trial Act in the interests of justice.

Respectfully submitted,

MICHAEL ROBERT MOURA

By
*/s/ Joshua R. Hanye*
Joshua R. Hanye
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(616) 223-8061

## Certificate of Service

I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: April 20, 2022                                              */s/ Joshua R. Hanye*
                                                                 Joshua R. Hanye